IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3023 |
| v. | ) | |
| | ) | |
| IGNACIO MONTES-MEDINA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of defendant Ignacio Montes-Medina for time, filing 38, is granted and defendant Montes-Medina is given to March 22, 2007 to file pretrial motions.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge