```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff,        )<br>                              )   4:07CR3023<br>      v.                      )<br>                              )   ORDER<br>IGNACIO MONTES-MEDINA,        )<br>                              )<br>            Defendant.        )<br>                              ) | |

Defendant has filed a motion to suppress evidence obtained in a search of a residence. The motion is "boilerplate," and includes no facts specific to this case. In addition, contrary to the local rules, it is not supported by evidence or a brief.

IT THEREFORE HEREBY IS ORDERED,

The defendant is given until March 15, 2007 to properly file his documentation in support of the motion to suppress, in the absence of which the motion, filing 37, will be deemed abandoned.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge