```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiffs,           )
                                 )
       v.                        )
                                 )         4:07CR3023
IGNACIO MONTES-MEDINA,           )
JAVIER ESTRADA,                  )
CARLOS A. VEGA-TOSCANO,          )
                                 )           ORDER
            Defendants.          )
                                 )
```

IT IS ORDERED:

The trial of this matter as to the above defendants is continued until further order following resolution of pending motions.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge