IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3023 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | ON REQUEST FOR ENLARGEMENT OF |
| | ) | TIME TO OBJECT TO REPORT AND |
| IGNACIO MONTES-MEDINA, | ) | RECOMMENDATIONS ON MOTION TO |
| | ) | SUPPRESS |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

   IT IS ORDERED that the Request for Enlargement of Time to Object to Report and Recommendations on Motion to Suppress, filing 50, is granted and the defendant's objections to the Report and Recommendation, filing 47, shall be filed on or before April 25, 2007.

   Dated April 24, 2007.

                    BY THE COURT


                    s/ Warren K. Urbom
                    United States Senior District Judge