IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 4:07CR3023 |
| ) | |
| IGNACIO MONTES-MEDINA, ) | |
| ) | |
| Defendants. ) | ORDER ON PRAECIPE FOR SUBPOENA |
| ) | |
| ) | |
| ) | |

    IT IS ORDERED that the Praecipe for Subpoena, filing 108, is denied, as being unnecessary under Rule 17.1 of the Criminal Rules of the United States District Court for the District of Nebraska. The clerk's office can issue such subpoenas or writs as are prepared and submitted.

    Dated November 14, 2007.

    BY THE COURT

    s/   Warren K. Urbom
    United States Senior District Judge