IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3023 |
| | ) | |
| Plaintiff, | ) | ORDER ON REQUEST FOR |
| | ) | ENLARGEMENT OF TIME TO OBJECT |
| v. | ) | TO PRESENTENCE REPORT AND |
| | ) | PRESENTENCING MOTIONS, AND TO |
| IGNACIO MONTES-MEDINA, | ) | CONTINUE SENTENCING |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Request for Enlargement of Time to Object to Presentence Report and Presentencing Motions, and to Continue Sentencing, filing 149, is granted;

2. the defendant shall have until 30 days from the date the Transcript of the trial proceedings is received by defendant's counsel to file objections to the Presentence Investigation Report and motions regarding sentencing;

3. the sentencing is rescheduled to April 23, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

4. the defendant shall be present for the hearing.

Dated February 19, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge