IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| IGNACIO MONTES-MEDINA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff, by and through his attorney, filed a Motion to Proceed *In Forma Pauperis*, filing 165.

IT IS ORDERED that the government shall have five calendar days from the date of this order in which to file and serve any response it may have to the Motion to Proceed *In Forma Pauperis*.

Dated April 16, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge