IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| IGNACIO MONTES-MEDINA, | ) | ORDER GRANTING MOTION TO |
| | ) | PROCEED *IN FORMA PAUPERIS* |
| Defendants. | ) | |
| | ) | |

    Filing 165 is a Motion to Proceed *In Forma Pauperis* filed by the defendant through his attorney. The defendant has filed an Affidavit, filing 166, in support, which states that he is not employed, has no cash on hand or other liquid assets, does not have any exempt equity in any real estate or valuable liquid assets and has depleted all of his resources and is unable to pay attorney fees or costs in these proceedings. Counsel states that "the trial in this matter has lasted much longer than Defendant, his counsel, or the government originally anticipated" and the defendant "is unable to pay any further attorney fees or costs." There being no objection from the government,

    IT IS ORDERED that the defendant's Motion to Proceed *In Forma Pauperis*, is granted.

Dated May 12, 2008.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge