IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3023 |
| | ) | |
| Plaintiff, | ) | ORDER ON MOTION TO CONTINUE |
| | ) | SENTENCING AND REQUEST FOR |
| v. | ) | ENLARGEMENT OF TIME TO BRIEF |
| | ) | THE COURT ON RELEVANT PORTIONS |
| IGNACIO MONTES-MEDINA, | ) | OF TRIAL TRANSCRIPT |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the defendant's Motion to Continue Sentencing and Request for Enlargement of Time to Brief the Court on Relevant Portions of Trial Transcript, filing 181, is granted;

2. the counsels' designations of the trial transcript shall be filed and served on or before May 21, 2008;

2. the sentencing hearing is continued to July 28, 2008, at 1:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated May 27, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge