IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:07CR3023 |
| v. | ) ) ) | |
| IGNACIO MONTES-MEDINA, | ) ) ) | ORDER RESCHEDULING SENTENCING HEARING |
| Defendants. | ) ) | |

IT IS ORDERED that

1. the evidentiary and sentencing hearing for the defendant Ignacio Montes Medina is rescheduled and shall commence at 9:30 a.m. on August 7, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall, Lincoln, Nebraska; and

2. the defendant shall be present at the hearing.

Dated July 23, 2008.

                    BY THE COURT

                    s/ Warren K. Urbom
                    United States Senior District Judge