IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| IGNACIO MONTES-MEDINA and | ) | ORDER ON MOTION TO DISMISS |
| CARLOS A. VEGA-TOSCANO, | ) | COUNT 6 OF INDICTMENT |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the government's Motion to Dismiss Count 6 of Indictment, filing 210, is granted.

    Dated August 18, 2008.

                                    BY THE COURT


                                    s/  Warren K. Urbom
                                    United States Senior District Judge