IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:07CR3023 |
| v. | ) ) ) | |
| IGNACIO MONTES-MEDINA, | ) ) | ORDER REGARDING THE MOTION TO WITHDRAW |
| Defendants. | ) ) | |

IT IS ORDERED that the Notice to Withdraw, filing 215, is referred to the Eighth Circuit Court of Appeals for determination.

Dated August 25, 2008.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge